2 pages
LAW OFFICE OF DENNIS K. COWAN
Dennis K. Cowan, Esq. - CA Bar No. 036325
David Brady, Esq. - CA Bar No. 70246
280 Hemsted Drive, Ste. B
P.O. Box 992090
Redding CA 96099
Telephone: (530) 221-7300
Fax: (530) 221-7389
Email: office@dcowanlaw.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

JAMES WALDEN TYSINGER, JR.
LESLIE ANN TYSINGER

Debtors

_____/

Case No. 10-23608-C-7

DCN: DMB-1

Date: April 13, 2010
Time: 9:30 a.m.
Judge: Christopher M. Klein
Dept.: C, Ctrm 35
      501 I St., 6th. Floor
      Sacramento, CA

MOTION TO COMPEL TRUSTEE
TO ABANDON BUSINESS

     James Tysinger, Jr., debtor herein, moves this court for an order compelling the Trustee, John Reger, to abandon the business operated by the debtor, known as Dr. James Tysinger, MD, Opthalmologist, located at 345 Hickory St., Red Bluff, California. The business is the debtor's sole source of income and has no non-exempt assets. There are no employees. It is of no actual value for the bankruptcy estate, but is burdensome to the trustee and the estate, in that the sole source of income from it is from the debtor's personal efforts. The Trustee has informed the debtor and his counsel that the business has no value to the estate and is a liability to him and the estate.

There is no goodwill or other value in either business that could be sold by anyone, including the debtor and the Trustee.

The debtor, James Tysinger, Jr. therefore, requests that the Trustee be directed to abandon the business known as, Dr. James Tysinger, MD, Opthalmologist and for such other relief as may be appropriate.

Dated: 3/3/10

David Brady, attorney for debtors

- 2 -

2 Pages
LAW OFFICE OF DENNIS K. COWAN
Dennis K. Cowan - Bar No. 036325
David Brady, Esq. - CA Bar No. 70246
P.O. Box 992090
Redding CA 96099-2090
(530) 221-7300 Fax; (530) 221-7389
email: office@dcowanlaw.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

JAMES WALDEN TYSINGER, JR.
LESLIE ANN TYSINGER

          Debtors
_____/

Case No. 10-23608-C-7

DCN: DMB-1

Date: April 13, 2010
Time: 9:30 a.m.
Judge: Christopher M. Klein
Dept.: C, Ctrm 35
       501 I St., 6th. Floor
       Sacramento, CA

NOTICE OF MOTION TO
COMPEL TRUSTEE TO
ABANDON BUSINESS

    A hearing will be held at the time and place set forth above on the motion of the debtors for an order requiring the Trustee, John Reger, to abandon the bankruptcy estate's interest in Dr. James Tysinger, MD, Opthalmologist operated by James Tysinger, Jr. on the grounds that the estate's interest in the business, if any, is of no value and is a burdensome asset to the estate.

    A copy of the motion and supporting documents may be inspected during normal business hours at the offices of the Clerk of this court, 501 "I" Street, Room 3-200, Sacramento, California or the office of the attorney for the moving party, David Brady, The Law Office of Dennis K. Cowan, 280 Hemsted Drive, Suite B, Redding, California. It may also be obtained via

- 1 -

the Internet from the WebPACER service accessed through the court's website (www.caeb.uscourts.gov). Any opposition to this motion must be in writing and filed with the Clerk and served on the moving party's attorney at least fourteen calendar days before the hearing date or a continued hearing date at the above street address or the following mail address: Law Office of Dennis K. Cowan, P.O. Box 992090, Redding, CA 96099-2090.

Any opposition making factual allegations must be accompanied by evidence establishing such factual allegations. The opposition must also specify whether the responding party consents to the court's resolution of disputed material factual issues pursuant to Federal Rule of Civil Procedure Rule 43(e), which allows the motion to be decided without the taking of oral testimony. If the responding party does not so consent, then the opposition filed must include a separate statement identifying each disputed material factual issue, or the responding party will be deemed to consent to resolution of the motion without the taking of oral testimony.

A responding party who has no opposition to the granting of the motion may serve and file a statement to that effect. Without good cause, no party will be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of a responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

Responding parties should consult the Rules of Bankruptcy Procedure and the Local Rules of this court, including Local Rule 9014-1, for additional information regarding procedure.

Dated:

By: _____
David Brady, attorney for debtors

LAW OFFICE OF DENNIS K. COWAN
Dennis K. Cowan - Bar No. 036325
David Brady, Esq. - CA Bar No. 70246
P.O. Box 992090
Redding CA 96099-2090
(530) 221-7300 Fax; (530) 221-7389
email: office@dcowanlaw.com

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

JAMES WALDEN TYSINGER, JR.
LESLIE ANN TYSINGER

    Debtors

_____/

Case No. 10-23608-C-7

DCN: DMB-1

Date: April 13, 2010
Time: 9:30 a.m.
Judge: Christopher M. Klein
Dept.: C, Ctrm 35
   501 I St., 6th. Floor
   Sacramento, CA

DECLARATION OF JAMES TYSINGER, JR. IN SUPPORT OF MOTION TO COMPEL TRUSTEE TO ABANDON BUSINESS

James Tysinger, Jr. declares as follows:

I am one of the debtors in this case. I have read the motion and the facts stated in it are true. I operate an opthalmology practice known as Dr. James Tysinger, MD, Opthalmologist. The business, Dr. James Tysinger, MD, Opthalmologist, produces an average gross income of approximately $9,543.00 per month and has operating expenses for materials and supplies of approximately $7,941.00 per month. The modest amount of equipment and supplies are the only

- 1 -

business assets and are claimed to be exempt.

The Trustee, John Reger, has informed me that he perceives that the business has no value to the estate and is only a liability to him and the estate.

Executed at Redding, Shasta County, California on the date set forth below. I declare under penalty of perjury that the foregoing is true and correct.

Dated:

_____
James Tysinger, Jr.

```
 1  Pages
    LAW OFFICE OF DENNIS K. COWAN
 2  Dennis K. Cowan - Bar No. 036325
    David Brady, Esq. - CA Bar No. 70246
 3  P.O. Box 992090
    Redding CA 96099-2090
 4  (530) 221-7300 Fax; (530) 221-7389
    email: office@dcowanlaw.com
 5
    Attorney for Debtors
 6
                    UNITED STATES BANKRUPTCY COURT
 7
                    EASTERN DISTRICT OF CALIFORNIA
 8

 9  In re                              Case No. 10-23608-C-7

10  JAMES WALDEN TYSINGER, JR.         DCN: DMB-1
    LESLIE ANN TYSINGER
11                                     Date:  April 13, 2010
                  Debtors              Time:  9:30 a.m.
12                                     Judge: Christopher M. Klein
                                       Dept.: C, Ctrm 35
13                                            501 I St., 6th. Floor
                                              Sacramento, CA
14

15                                     DECLARATION OF JOHN
                                       REGER IN SUPPORT OF
16                                     MOTION TO COMPEL TRUSTEE
                                 /     TO ABANDON BUSINESS
17

18

19
        John Reger, declares as follows:
20
        I am the trustee herein. I have read the foregoing motion filed herewith and the
21
    supporting documents. I have examined the debtor and investigated the debtor's businesses
22
    sufficiently to be convinced that the businesses have no value to the bankruptcy estate and are
23
    only a liability to the estate.
24

25

26
                                       - 1 -
```

Executed in Redding, Shasta county, California.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:

By: _____
John Reger, Trustee